IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | ) | Chapter 13 |
|---|---|---|
| Candace B Avery | ) | |
| | ) | Case No. 18-00656 |
| | ) | |
| Debtor(s). | ) | Honorable Carol A. Doyle |

## NOTICE OF MOTION

TO:  Patrick S Layng, U.S. Trustee, *Via Electronic Filing*

The Honorable Judge Carol A. Doyle, *Via Electronic Filing*

Tom Vaughn, Chapter 13 Trustee, *Via Electronic Filing*

Candace B Avery, 45 N Hillside Ave, Apt GW Hillside, IL 60162, *Via US Mail*

Additional Creditors *see attached service list*

PLEASE TAKE NOTICE that on January 8, 2018 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Carol A. Doyle or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604, and present the attached **Motion to Vacate Payroll Control Order**, and shall request that the attached Order be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before December 18, 2018.

/s/ *David H. Cutler*
David H. Cutler, ESQ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | Chapter 13 |
| Candace B Avery ) | | |
| ) | | Case No. 18-00656 |
| ) | | |
| Debtor(s). ) | | Honorable Carol A. Doyle |

## MOTION TO VACATE PAYROLL CONTROL ORDER

NOW COMES the Debtor, Candace B Avery, by and through her attorneys, Cutler and Associates, Ltd., and moves this court to vacate the Amended Payroll Control Order entered on March 23, 2018 [doc. 33], and in support thereof state as follows:

1. On January 10, 2018 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. Debtor's Plan was confirmed on March 20, 2018.

3. Debtor wishes to pay the Trustee payments direct online.

4. Debtor would like to pay the Trustee payment directly online, as to better manage her finances.

WHEREFORE Debtor, Candace B Avery, prays that this honorable court enter an order vacating the amended Payroll Control Order dated March 23, 2018 [doc. 33].

By: /s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

2