UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-00656 |
| Candace B Avery | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON MOTION TO VACATE PAYROLL CONTROL ORDER**

Upon Motion of the Debtor, no responsive pleading having been filed or objection within the time required, IT IS HEREBY ORDERED:

1. The Debtor's Motion to Vacate Payroll Order is granted.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: January 08, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600