# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18 B 00656 |
| | ) | |
| CANDACE B. AVERY, | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | Hon. Carol A. Doyle |

## NOTICE OF TERMINATION OF AUTOMATIC STAY PURSUANT TO AUGUST 7, 2018 AGREED ORDER CONDITIONING AUTOMATIC STAY AS TO SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL

VIA ELECTRONIC NOTICE

To:  Tom Vaughn (Trustee)　　　　　　　　David H. Cutler, Esq. (Debtor's Counsel)
　　　55 East Monroe Street, Suite 3850　　　Cutler & Associates, Ltd.
　　　Chicago, Illinois 60603　　　　　　　　4131 Main Street
　　　　　　　　　　　　　　　　　　　　　　Skokie, Illinois 60076

VIA U.S. MAIL
To:  Candace B. Avery (Debtor)
　　　45 North Hillside Avenue, Apt. GW
　　　Hillside, Illinois 60162

Re:  SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL
　　　Account No. *****0761
　　　2015 Chrysler 200, Vin: 1C3CCCAB8FN611643

　　　Please be advised that Candace B. Avery ("Debtor") has failed to maintain direct monthly payments to SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL ("Santander") for the above referenced motor vehicle as required under 11 U.S.C. §362 and the agreement with Santander as set forth in the August 7, 2018 Agreed Order Conditioning the Automatic Stay as to Santander. As such, and based on Debtor's failure to cure that delinquency within fourteen (14) days from the date of Santander's January 3, 2019 Notice of Default with regards to the Agreed Order, the automatic stay has terminated and Santander will utilize its non-bankruptcy remedies as to the vehicle identified above.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　SANTANDER CONSUMER USA INC.,
　　　　　　　　　　　　　　　　　　　　　　D/B/A CHRYSLER CAPITAL,
　　　　　　　　　　　　　　　　　　　　　　Creditor,

David J. Frankel (Ill. #6237097)　　　　　　By:   /s/ Cari A. Kauffman
Cari A. Kauffman (Ill. #6301778)　　　　　　One of its attorneys
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535 / (312)332-3545 (facsimile)

Santander/Avery/Notice of Termination

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Termination upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 22nd day of January, 2019, before the hour of 5:00 p.m.

                                                ___/s/ Cari A. Kauffman___